UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CR 99-225 CAS<br>CV 10-9668 CAS | Date | May 29, 2012 |
|---|---|---|---|

| Title | UNITED STATES OF AMERICA v. TABATABI |
|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers:)** *NUNC PRO TUNC* **ORDER CLARIFYING THE COURT'S NOVEMBER 22, 2011 ORDER**

**I.   INTRODUCTION**

On November 22, 2011, the Court issued an order in the above-captioned case denying petitioner Reza Bahram Tabatabai's motion for entry of default judgment against the United States. See Case No. CV 10-9668 CAS, Dkt. No. 20. In so doing, the Court analyzed the merits of plaintiff's motion to vacate his sentence pursuant to 28 U.S.C. § 2255. See id. at 2 ("The Court must look to the merits of petitioner's claims before it may enter a default judgment against the United States.") (citing Fed. R. Civ. Pro. 55(d)). The Court concluded that plaintiff's claims were without merit and therefore denied the motion to enter default judgment. Id. at 2–4.

This *nunc pro tunc* order is hereby issued to reflect that the Court intended to deny plaintiff's § 2255 motion in the same November 22, 2011 order.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |